AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
7/14/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 3:22-mj-226
Priority Mail Express Tracking Number )
EJ847798576US )
Postmarked July 5, 2022 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Package EJ847798576US addressed to Haleigh Poling, 3472 Poppywoods Dr, Medford, OR 97504 with a return address of Allen Daniel, 92 Carson Ave, Dayton, OH 45415.

located in the **Southern** District of **Ohio**, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances or materials reflecting the possible distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments to pay for or representing the proceeds of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a Title 21 felony |

The application is based on these facts:
**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Brad M. Dorman*
Applicant's signature

Brad M. Dorman, U.S. Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** *(specify reliable electronic means)*.

Date: July 14, 2022

City and state: Dayton, OH

Judge's signature

Caroline H. Gentry
United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PRIORITY MAIL EXPRESS PACKAGE TRACKING NUMBER EJ847798576US | Case No. 3:22-mj-226<br><br>**Filed Under Seal** |

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT

I, **Brad M. Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the illicit use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my prior training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Drug Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a particular package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On July 13, 2022, the U.S. Postal Inspection Service was contacted by a Supervisor at the Northridge Post Office in Dayton, OH. The Supervisor advised they had a package in their possession that was returned to them because the recipient address was vacant. The Supervisor also advised the return address was vacant. U.S. Postal Inspectors took possession of the Package. The Package is a USPS Priority Mail Express Large Flat Rate Box, bearing tracking number EJ847798576US, mailed from Post Office 45371, postmarked July 5, 2022, with the following address information:

**Sender**: Allen Daniel
92 Carson Ave
Dayton, OH 45415

**Addressee**: Haleigh Poling
3472 Poppywoods Dr
Medford, OR 97504

Through training and experience as a Postal Inspector, I know that the State of Oregon has been long known to be a drug source location.

4. I performed a check in the CLEAR database for the addressee's information on the Package of "Haleigh Poling, 3472 Poppywoods Dr, Medford, OR 97504." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Haleigh Poling" associated with 3472 Poppywoods Dr, Medford, OR 97504. According to the U.S. Postal Service, this address is currently vacant. It is known that narcotic traffickers will use vacant address to avoid detection.

5. I performed a check in CLEAR for the sender's information listed on the Package of "Allen Daniel, 92 Carson Ave, Dayton, OH 45415." According to CLEAR, there is no "Allen Daniel" associated with 92 Carson Ave, Dayton, OH 45415. According to the U.S. Postal Service, this address is currently vacant. It is known that narcotic traffickers will use vacant address to avoid detection.

6. On July 13, 2022, at the request of the U.S. Postal Inspection Service, Detective/TFO Anthony Hutson of the Montgomery County Sheriff's Office conducted a narcotics-detection canine "free air" check of the outside of the Package. An Inspector was present during said check. Prior to conducting the "free air" check, the Package was placed in a room with multiple similar and like packages. As set forth in the attached affidavit of Detective/TFO Hutson, "Hank" alerted positively for the presence or odor of a narcotic or other controlled substance exuding from the Package. "Hank" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no association between the sender and return address, (ii) no association between the addressee and recipient address, (iii) knowledge that the return address and recipient address are currently vacant, and (iv) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Drug Proceeds being present in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

*Brad M. Dorman*

Brad M. Dorman
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this  14th  day of    July    , 2022.



HONORABLE CAROLINE H. GENTRY
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE
United States Magistrate Judge